FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAN 20 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:06CR028-W |
| | ) | [18 U.S.C. § 641] |
| GRACE NICHOLE PETTWAY | ) | |
| a/k/a "Po' Slim" | ) | INDICTMENT |
| | ) | |

The Grand Jury charges:

## COUNT 1

1. At all times relevant to this Indictment, the defendant, **GRACE NICOLE PETTWAY**, was a resident of Montgomery, Alabama.

2. On or about September 14, 2005, Pettway caused to be filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, an application for benefits in connection with Hurricane Katrina, which falsely represented that Pettway had suffered losses to a property she rented as her primary residence in New Orleans, Louisiana. In fact, Pettway did not reside in Louisiana and did not suffer the losses claimed.

3. FEMA accepted Pettway's application and caused a United States Treasury check in the amount of $2,000 to be mailed to Pettway in Montgomery, Alabama. Pettway received the check and cashed it.

4. On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere,

## GRACE NICOLE PETTWAY,

did embezzle, steal, purloin, and knowingly convert to her own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, as described below:

| COUNT | DATE | ITEM |
|---|---|---|
| 1 | September 21, 2005 | FEMA disaster assistance funds in the amount of $2,000. |

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney