COURTROOM DEPUTY'S MINUTES                                    MIDDLE DISTRICT OF ALABAMA

---

√ INITIAL APPEARANCE                           DATE: February 1, 2006
❐ BOND HEARING
❐ DETENTION HEARING                            Digital Recording   4:10 - 4:16
❐ PRELIMINARY (EXAMINATION)(HEARING)
❐ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker      **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06cr28-W                          **DEFENDANT NAME:** Grace Nichole Pettway

**AUSA:** Christopher Snyder                     **DEFT. ATTY:** Everett Urech

Type Counsel: ( )Retained; ( √ ) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** Ron Thweatt

**Interpreter needed:** ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest February 1, 2006 or ❐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❐ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Attorney Everett Urech - Notice of Appearance to be filed |
| ❐ | Panel Attorney Appointed; ❐ to be appointed - prepare voucher |
| ❐ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❐ | ❐ Government's ORAL Motion for Detention Hrg. ❐ to be followed by written motion; ❐ Government's WRITTEN Motion for Detention Hrg. filed |
| ❐ | Detention Hearing ❐ held; ❐ set for |
| ❐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered.  Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000. Deft released |
| | ❐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❐ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❐ | Deft. ORDERED REMOVED to originating district |
| ❐ | Waiver of ❐ preliminary hearing; ❐ Waiver Rule 40 hearing |
| ❐ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ❐ Set for          DISCOVERY DISCLOSURE DATE:   2/8/06 |
| √ | WAIVER of Speedy Trial.  CRIMINAL TERM: June 26, 2006 |
| ❐ | NOTICE to retained Criminal Defense Attorney handed to counsel |