| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** February 27, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:28 - 3:29 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Susan Russ Walker        **DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 2:06cr28-WKW        **DEFENDANT(S)** Grace Nichole Pettway

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Christopher Snyder | * | Everett Urech |

☐ **DISCOVERY STATUS:**
    Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Likely plea
    Notice of intent to change plea to be filed no later than noon on June 14, 2006

☐ **TRIAL STATUS**
    Trial time - 1 day

☐ **REMARKS:**