**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr028-WKW |
| | ) | |
| **GRACE NICHOLE PETTWAY** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned and enters his notice of appearance as attorney appointed to represent the defendant, Grace Nichole Pettway.

Respectfully submitted,

s/ Everett M. Urech

EVERETT M. URECH (ASB 6693-E44E)
URECH & LIVAUDAIS, P.C.
Attorney for Defendant
Post Office Drawer 70
Daleville, Alabama  36322
(334) 598-4455 / 598-2076 fax
daleatty@snowhill.com

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the United States Attorney, Middle District of Alabama, Criminal Division by electronic filing on the 24rd day of March, 2006.

s/ Everett M. Urech

Of Counsel