**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:06cr028-WKW** |
| | ) | |
| **GRACE NICHOLE PETTWAY** | ) | |

### Notice of Intent to Change Plea

**COMES NOW** the Defendant, through her counsel of record, and gives notice of her intent to change her plea to one of guilty and her desire to enter such plea before U.S. Magisitrate Judge instead of a U.S. District Court Judge.

Respectfully submitted,

s/ Everett M. Urech
_____
EVERETT M. URECH (ASB 6693-E44E)
URECH & LIVAUDAIS, P.C.
Attorney for Defendant
Post Office Drawer 70
Daleville, Alabama  36322
(334) 598-4455 / 598-2076 fax
daleatty@snowhill.com

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the United States Attorney, Middle District of Alabama, Criminal Division by electronic filing on the 3rd day of April, 2006.

s/ Everett M. Urech
_____
Of Counsel