| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** April 18, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 9:07 - 9:22 |
| | **COURT REPORTER:** Jimmy Dickens |

☐ **ARRAIGNMENT**    √ **CHANGE OF PLEA**    ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**    ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr28-WKW    **DEFENDANT NAME:** Grace Nichole Pettway
**AUSA:** Christopher Snyder    **DEFENDANT ATTORNEY:** Everett Urech

Type counsel ( )Waived; ( )Retained; ( √ )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Jo Ann Sellers

Interpreter present? ( √ )NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    ☐ Not Guilty
  √ Guilty as to:
    √ Count(s): 1 of the Indictment
    ☐ Count(s): _____    ☐ dismissed on oral motion of USA
              ☐ to be dismissed at sentencing

√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment
☐ **CRIMINAL TERM:**    ☐ **WAIVER OF SPEEDY TRIAL** filed.

**DISCOVERY DISCLOSURE DATE:**

√ **ORDER:** Defendant continued under √ same bond; ☐ summons; for:
    ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
    ☐ Defendant requests time to secure new counsel