IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-028-WKW |
| | ) | |
| GRACE NICHOLE PETTWAY | ) | |

### **ORDER**

It is hereby ORDERED that the sentencing hearing in this case previously scheduled for August 2, 2006 is re-set for August 7, 2006 at 10:00 a.m., with all previously established deadlines to remain the same.

DONE this the 16th day of June, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE