**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS, JUDGE                                AT MONTGOMERY, ALABAMA

DATE COMMENCED   AUGUST 7, 2006                          AT 10:00 A.M./P.M.

DATE COMPLETED   AUGUST 7, 2006                          AT 10:10 A.M./P.M.

UNITED STATES OF AMERICA         )
                                 )   Cr. No. 2:06cr028-WKW
vs.                              )
                                 )
GRACE NICOLE PETTWAY             )

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Chris Snyder | X | Atty. Everett Urech |
| | X | |
| | X | |
| | COURT OFFICIALS PRESENT: | |
| Ann Roy | John Searcy | Jimmy Dickens |
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

**SENTENCING HEARING**

| | |
|---|---|
| 10:00 a.m. | Court convened; sentencing hearing commenced. Terms of plea agreement stated on the record; court accepts plea agreement. Sentence imposed. |
| 10:10 a.m. | Hearing concluded. |